# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 2-50, inclusive,<br><br>Defendants. | CASE NO. CV 15-08313-GW (Ex)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ENTER PROTECTIVE ORDER<br><br>ACTION FILED: October 23, 2015<br>JUDGE: Hon. George H. Wu |

# ORDER

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Dated: 6/3/16

_____
~~George H. Wu, United States District Judge~~

Charles F. Eick
United States Magistrate Judge