UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 2-50, inclusive,<br><br>Defendants. | CASE NO. CV 15-08313-GW(Ex)<br><br>**ORDER GRANTING STIPULATION TO VACATE MOTION FOR CLASS CERTIFICATION DEADLINE AND RELATED DEADLINES IN LIGHT OF SETTLEMENT**<br><br>ACTION FILED: October 23, 2015<br>JUDGE: Hon. George H. Wu |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING STIPULATION TO VACATE MOTION FOR CLASS CERTIFICATION DEADLINE AND RELATED DEADLINES IN LIGHT OF SETTLEMENT– CASE NO. CV 15-08313-GW (Ex)

## ORDER

The Court, having considered the parties' Stipulation To Vacate Motion For Class Certification Deadline And Related Deadlines In Light of Settlement, finds good cause appearing and hereby ORDERS that:

(a) The Stipulation is GRANTED;

(b) All deadlines set by the Court's January 12, 2017 order (Dkt. 59) are vacated; and

(c) Plaintiff's motion for preliminary approval of class action settlement shall be filed on or before April 19, 2017.

(d) The matter will be heard on May 1, 2017 at 8:30 a.m.

Dated:   April 14, 2017                    _____
                                          GEORGE H. WU, U.S. District Judge

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING STIPULATION TO VACATE MOTION FOR CLASS CERTIFICATION DEADLINE AND RELATED DEADLINES IN LIGHT OF SETTLEMENT– CASE NO. CV 15-08313-GW (Ex)