Drew E. Pomerance, Esq. (SBN 10123)
dep@rpnalaw.com
Michael B. Adreani, Esq. (SBN 194991)
mba@rpnalaw.com
Marina N. Vitek, Esq. (SBN 183397)
mnv@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

*{Additional Counsel Continued On Next Page}*

Attorneys for Plaintiff,
VARDAN KARAPETYAN and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 1-50, inclusive,<br>　　　　　　Defendants. | CASE NO.:  CV15-08313 GW (Ex)<br><br>Assigned to: Hon. George H. Wu, Courtroom 9D<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:　　May 1, 2017<br>TIME:　　8:30 a.m.<br>CTRM:　　9D<br><br>Action Filed:  October 23, 2015<br>Trial Date:  None |

*Additional Counsel:*

Allen B. Felahy, Esq. (SBN 190177)
afelahy@felahylaw.com
FELAHY EMPLOYMENT LAWYERS
550 S. Hope Street, Suite 2655
Los Angeles, California 90071
Tel: (323) 645-5197; Fax (323) 645-5198

George Chakmakis, Esq. (SBN 162634)
george@chakmakislaw.com
Matthew P. Blair, Esq. (SBN 278411)
mblair@chakmakislaw.com
CHAKMAKIS & ASSOCIATES
301 N. Canon Drive, Suite 315
Beverly Hills, California 90210
Tel: (310) 550-1555; Fax: (310) 550-1151

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 1, 2017, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable George H. Wu in Courtroom 9D, of the United States District Court for the Central District of California located at the 1st Street Courthouse, 9th Floor, 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Vardan Karapetyan ("Plaintiff") will move for an Order (i) granting preliminary approval of the class action settlement ("Settlement") reached in this matter by and between Plaintiff and all Defendants; (ii) certifying the proposed Settlement Class for settlement purposes only; (iii) approving the form and content of the notice to the members of the Settlement Class; (iv) appointing Plaintiff as Class Representative; (v) appointing his counsel as Class Counsel; (vi) appointing CPT Group, Inc. as the Claims Administrator; (vii) scheduling a final fairness hearing; and (viii) providing other relief as the Court deems just and reasonable.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, and Defendants do not oppose this motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Michael B. Adreani and exhibits thereto, all pleadings, records and papers filed in this action, the argument of counsel, any supplemental memoranda that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this motion.

DATED: April 19, 2017          **ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**

By:   */s/ Marina N. Vitek*
      MICHAEL B. ADREANI
      MARINA N. VITEK
      Attorneys for Plaintiff  VARDAN
      KARAPETYAN and the Class

1

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**