1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 VARDAN KARAPETYAN, an individual appearing individually and | CASE NO.:  CV15-08313GW(Ex) |
| 12 on behalf of others similarly situated, | Assigned to: Hon. George H. Wu, Courtoom 9D |
| 13                    Plaintiff, v. | **ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 14 ABM INDUSTRIES | |
| 15 INCORPORATED, a Delaware Corporation, ABM SECURITY | |
| 16 SERVICES, INC., a California Corporation, and DOES 1-50, | DATE:    June 12, 2017 TIME:    8:30 a.m. |
| 17 inclusive,                    Defendants. | CTRM:   9D |
| 18 | Action Filed:  October 23, 2015 Trial Date:  None |

19
20
21
22
23
24
25
26
27
28

The Motion for Preliminary Approval of Class Action Settlement came before this Court, the Honorable George H. Wu, presiding, on June 12, 2017. The Court having considered the papers submitted in support of the Motion, HEREBY ORDERS THE FOLLOWING:

1.      The Court grants preliminary approval of the Class Action Settlement Agreement and Release based upon the terms set forth in the Class Action Settlement Agreement and Release filed with the Motion for Preliminary Approval of Class Action Settlement.

2.      The settlement appears to be fair, adequate and reasonable to the Settlement Class Members. The settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3.      For settlement purposes only, the Court certifies a Settlement Class defined as "all non-exempt hourly security guard employees employed by ABM Security Services, Inc. and/or ABM Onsite Services – West, Inc. in California from October 6, 2010 through December 10, 2015."

4.      The Court approves, as to form and content, the Notice of Settlement to the Class, in the form attached as Exhibit A to the Class Action Settlement and Release.  The Court approves the procedure for Settlement Class Members to object to the Settlement as set forth in the Notice of Settlement.

5.      The Court appoints Vardan Karapetyan as Class Representative.

6.      The Court appoints Roxborough, Pomerance, Nye & Adreani LLP (Drew E. Pomerance, Michael B. Adreani, Marina N. Vitek) and Felahy Employment Lawyers (Allen B. Felahy) as Class Counsel and the Roxborough firm as Lead Counsel.

7.      The Court appoints CPT Group, Inc. as the Settlement Administrator.

8.      A final fairness hearing on the question of whether the settlement, request for additional attorneys' fees and costs to Class Counsel, and the Class

Representative's Service Award should be finally approved as fair, reasonable and adequate as to the Settlement Class Members is scheduled in Courtroom 9D on the date and time set forth in Paragraph 12 below.

9.     The Court directs the mailing of the Notice of Settlement to the Class by first class mail to Settlement Class Members in accordance with the process set forth in Paragraph 12 below. The Court finds the dates selected for the mailing and distribution of the Notice of Settlement, as set forth in the Implementation Schedule (Paragraph 12), meet the requirements of due process and provides the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

10.     The Court orders the following **Implementation Schedule** for further proceedings:

| | |
|---|---|
| Deadline for Defendant to submit class information to Settlement Administrator. | June 19, 2017 [5 business days after entry of Order Granting Preliminary Approval] (Ex. 1, Sett. Agmt., ¶ 2.10.1) |
| Deadline for Settlement Administrator to mail Notice of Settlement to Settlement Class Members | June 29, 2017 [10 calendar days after receipt of class information from Defendant] (Ex. 1, Sett. Agmt., ¶ 2.10.2) |

3

| | |
|---|---|
| Deadline for Settlement Class Members to opt-out | August 14, 2017<br>[45 days from the first mailing date of the Notice of Settlement to Settlement Class Members]<br>(Ex. 1, Sett. Agmt., ¶¶ 2.8.1 and 2.1.18) |
| Deadline for Settlement Class Members to file with the Court and serve Counsel for parties by First Class U.S. Mail with objections. | August 14, 2017<br>[45 days from the first mailing date of the Notice of Settlement to Settlement Class Members]<br>(Ex. 1, Sett. Agmt., ¶¶ 2.9.1 and 2.1.18.) |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement and Motion for Additional Attorneys' Fees | August 4, 2017<br>[Plaintiff's counsel requests 35 days from the first mailing date of the Notice of Settlement to Settlement Class Members] |
| Deadline for Counsel for the parties to file any responses to any objections and update information re opt-outs. | August 24, 2017<br>[Plaintiff's counsel requests 10 days after deadline for Class Members to opt-out or submit objections] |
| Final Fairness Hearing Final Approval Hearing; Hearing on Class Counsel's Motion for Additional Attorneys' Fees | September 7, 2017<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>[per 28 U.S.C. § 1715(d), final approval may not be issued earlier than 90 days after notice provided to appropriate Federal and State officials pursuant to 28 U.S.C. § 1715(b)] |

IT IS SO ORDERED:

DATED: June 12, 2017                    _____ George H. Wu _____

HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT