Drew E. Pomerance, Esq. (SBN 10123)
dep@rpnalaw.com
Michael B. Adreani, Esq. (SBN 194991)
mba@rpnalaw.com
Marina N. Vitek, Esq. (SBN 183397)
mnv@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

*{Additional Counsel Continued On Next Page}*

Attorneys for Plaintiff,
VARDAN KARAPETYAN and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 1-50, inclusive,<br>        Defendants. | CASE NO.:  CV15-08313 GW (Ex)<br><br>Assigned to: Hon. George H. Wu, Courtroom 9D<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL, AND SERVICE AWARD TO PLAINTIF**<br><br>**[Filed Concurrently with Memorandum of Points and Authorities; Declarations of Michael B. Adreani, Allen B. Felahy and Vardan Karapetyan, in support thereof; Plaintiff's Request for Judicial Notice; and [Proposed] Order]**<br><br>DATE:   September 7, 2017<br>TIME:    8:30 a.m.<br>CTRM:  9D<br><br>Action Filed:  October 23, 2015<br>Trial Date:  None |

1

*Additional Counsel:*

Allen B. Felahy, Esq. (SBN 190177)
afelahy@felahylaw.com
FELAHY EMPLOYMENT LAWYERS
550 S. Hope Street, Suite 2655
Los Angeles, California 90071
Tel: (323) 645-5197
Fax: (323) 645-5198

George Chakmakis, Esq. (SBN 162634)
george@chakmakislaw.com
Matthew P. Blair, Esq. (SBN 278411)
mblair@chakmakislaw.com
CHAKMAKIS & ASSOCIATES
301 N. Canon Drive, Suite 315
Beverly Hills, California 90210
Tel: (310) 550-1555; Fax: (310) 550-1151

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

     PLEASE TAKE NOTICE that on September 7, 2017, at 8:30 a.m., or as soon thereafter as the matter may be heard before Honorable George H. Wu, presiding in Courtroom 9D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Vardan Karapetyan will and hereby does move for an Order (1) awarding attorneys' fees in the amount of $1,715,463.00 to Class Counsel, Roxborough, Pomerance, Nye & Adreani, LLP and Felahy Employment Lawyers; (2) awarding costs to Class Counsel in the amount of $21,728.74; and (3) awarding a service award to Plaintiff Vardan Karapetyan in the amount of $10,000.00.

     This Motion is made following conference of counsel pursuant to L.R. 7-3, and Defendants do not oppose this Motion.

     The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Michael B. Adreani, Allen B. Felahy, and Vardan Karapetyan in support hereof, all pleadings, records, and papers filed in this action, the argument of counsel, any supplemental memorandum that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this Motion.

DATED:  August 4, 2017       **ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**


                   By:  */s/ Marina N. Vitek*
                       MICHAEL B. ADREANI
                       MARINA N. VITEK
                       Attorneys for Plaintiff VARDAN
                       KARAPETYAN and the Class

**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL, AND SERVICE AWARD TO PLAINTIFF**