1 | Drew E. Pomerance, Esq. (SBN 10123)
dep@rpnalaw.com
2 | Michael B. Adreani, Esq. (SBN 194991)
mba@rpnalaw.com
3 | Marina N. Vitek, Esq. (SBN 183397)
mnv@rpnalaw.com
4 | ROXBOROUGH, POMERANCE, NYE & ADREANI LLP
5 | 5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
6 | Tel: (818) 992-9999; Fax: (818) 992-9991

7 | *{Additional Counsel Continued On Next Page}*

8 | Attorneys for Plaintiff,
VARDAN KARAPETYAN and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 1-50, inclusive,<br>Defendants. | CASE NO.: CV15-08313 GW (Ex)<br><br>Assigned to: Hon. George H. Wu, Courtroom 9D<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[Filed Concurrently with Memorandum of Points and Authorities; Declarations of Michael B. Adreani, Allen B. Felahy and Tim Cunningham, in support thereof; and [Proposed] Order]**<br><br>DATE: September 7, 2017<br>TIME: 8:30 a.m.<br>CTRM: 9D<br><br>Action Filed: October 23, 2015<br>Trial Date: None |

1
**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

*Additional Counsel:*

Allen B. Felahy, Esq. (SBN 190177)
afelahy@felahylaw.com
FELAHY EMPLOYMENT LAWYERS
550 S. Hope Street, Suite 2655
Los Angeles, California 90071
Tel: (323) 645-5197
Fax: (323) 645-5198

George Chakmakis, Esq. (SBN 162634)
george@chakmakislaw.com
Matthew P. Blair, Esq. (SBN 278411)
mblair@chakmakislaw.com
CHAKMAKIS & ASSOCIATES
301 N. Canon Drive, Suite 315
Beverly Hills, California 90210
Tel: (310) 550-1555; Fax: (310) 550-1151

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on September 7, 2017, at 8:30 a.m., or as soon thereafter as the matter may be heard before Honorable George H. Wu, presiding in Courtroom 9D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Vardan Karapetyan will and hereby does move for an Order granting final approval of the class action settlement ("Settlement").  Specifically, Plaintiff applies to this Court for an Order (1) granting final approval of the Parties' proposed Settlement; (2) certifying the proposed Settlement Class for settlement purposes only; (3) finding that the members of the Settlement Class have been provided with notice that is fair, reasonable, and adequate; and (4) providing other relief as the Court deems just and reasonable.

This Motion is made following conference of counsel pursuant to L.R. 7-3, and Defendants do not oppose this Motion.

The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Michael B. Adreani, Allen B. Felahy, and Tim Cunningham in support hereof, all pleadings, records, and papers filed in this action, the argument of counsel, any supplemental memorandum that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this Motion.

DATED: August 4, 2017             **ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**

By: */s/ Marina N. Vitek*
MICHAEL B. ADREANI
MARINA N. VITEK
Attorneys for Plaintiff VARDAN KARAPETYAN and the Class